IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           Case No. 4:14cr75-MW/CAS

DARNELL CLARK,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 44. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, ECF No. 37, is **DENIED and DISMISSED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 28, 2018.**

                                                          s/Mark E. Walker              
                                                          **United States District Judge**